IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

ROOSEVELT GLENN, SR. and
DARRYL KEITH PINKINS, SR.,

       Plaintiff,

  v.

CITY OF HAMMOND, et al.

       Defendants.

Case No. 2:18-cv-150-JTM-JEM

**JURY TRIAL DEMANDED**

## PLAINTIFF' STATUS REPORT REGARDING SERVICE OF DEFENDANT PATRICIA KASPER

Pursuant to the Court's June 13, 2018 order, Plaintiffs submit this status report regarding service of Defendant Patricia Kasper. *See* Dkt. 28.

1. On April 18, 2018 Plaintiffs filed their complaint in this matter.

2. On May 2, 2018 Plaintiffs filed the summons returned executed as to Defendants City of Hammond, Leo Finnerty, Michael Solan, Kenneth Stump, and Mark Tharp.

3. On May 9, 2018 counsel for defendants filed Waiver of the Service of Summons for Defendants Wendy McBride and Raymond Rogalski.

4. While conducting service on Defendants, Plaintiff became aware that Defendant Patricia Kasper is deceased.

5. Within seven (7) days of this status report, Plaintiff will file a motion to reopen the estate of Patricia Kasper.

6. Plaintiff apologies to the Court for the delay in providing this status report.

        Respectfully submitted,

        /s/ Elliot Slosar
        One of Plaintiffs' Attorneys

Arthur Loevy
Jon Loevy
Tara Thompson
Elliot Slosar
Vincenzo Field
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax: (312) 243-5902

## CERTIFICATE OF SERVICE

    I, Elliot Slosar, an attorney, certify that on June 21, 2018, I delivered by electronic means a copy of the foregoing status report to all counsel of record.

        /s/ Elliot Slosar