IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | |
|---|---|
| ROOSEVELT GLENN, SR. and<br>DARRYL KEITH PINKINS, SR.,<br><br>    Plaintiff,<br>v.<br><br>CITY OF HAMMOND, et al.,<br><br>    Defendants. | 2:18 CV 00150-JTM-JEM<br><br><br>**JURY TRIAL DEMANDED** |

## MOTION TO WITHDRAW APPEARANCE OF VINCENZO FIELD

Plaintiffs Roosevelt Glenn and Darryl Pinkins by and through their attorneys, Loevy & Loevy, move to withdraw the appearance of Vincenzo Field, stating in support as follows:

1. Vincenzo Field, along with other lawyers from Loevy & Loevy, has appeared for Plaintiff in this case.

2. Mr. Field no longer works for Loevy & Loevy. Therefore, Plaintiff requests that Mr. Field's appearance is withdrawn.

3. Other attorneys from Loevy & Loevy will continue to represent Mr. Glenn and Mr. Pinkins in this case.

Respectfully submitted,

/s/      Tara Thompson
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Tara Thompson
Elliot Slosar
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
O: 312.243.5900
F: 312.243.5902

## CERTIFICATE OF SERVICE

I, Tara Thompson, an attorney, certify that on June 25, 2018, I filed the foregoing MOTION TO WITHDRAW using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Tara Thompson
*One of Plaintiff's Attorneys*