**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| **ROOSEVELT GLENN, SR., et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:18-cv-150-JTM-JEM |
| ) | |
| **CITY OF HAMMOND, et al.,** ) | |
| ) | |
| Defendants. ) | |

**RESPONSE IN OPPOSITION TO MOTION TO
APPOINT SPECIAL REPRESENTATIVE FOR DECEASED DEFENDANTS**

Defendant, Diana Peterson, by counsel, Benjamin M. L. Jones, Deputy Attorney General, submits this response in opposition and urges the Court to deny Plaintiff's motion to appoint a special representative for deceased defendants. In support thereof, Defendant Peterson states:

1. On June 28, 2018, Plaintiffs filed a motion asking the Court to appoint a special representative for the estate of defendant, Diana Peterson. [dkt. 32].

2. In that motion, Plaintiffs assert that defendant Diana Peterson is deceased; that they have been unable to locate an open estate for Defendant Peterson; and, that a special representative should be appointed "so that this action can be maintained against deceased Diana Peterson." [dkt. 32, ¶¶ 1, 2, 8.]

3. Defendant Peterson is alive and was served with summons. [dkt. 18.]

4. Defendant Peterson has appeared in this cause by counsel and her answer to the complaint is currently due on July 16, 2018. [dkts. 24-27.]

5. Accordingly, the Court should deny Plaintiff's motion to appoint a special representative for Diana Peterson.

6. In addition, although the Estate of Kimberly Epperson has not been served and undersigned counsel does not represent the Estate, the Court should be advised that—assuming Plaintiffs' claims would not be barred by Indiana Code § 29-1-14-1—the Estate of Kimberly Epperson appears to have been opened on January 23, 1996 and state court records reflect that it had both an administrator and counsel. *See In the Matter of the Estate of Kimberly Epperson*, Cause No. 30D01-9601-EU-4, *available online at mycase.in.gov*.

WHEREFORE, Defendant, Diana Peterson, by counsel, respectfully requests the Court deny Plaintiffs' motion to appoint special representatives and grant her all other just and proper relief.

Respectfully submitted,

CURTIS T. HILL, JR.
Indiana Attorney General
Attorney No. 13999-20

Date: July 12, 2018        By: *s/ Benjamin M. L. Jones*
Benjamin M. L. Jones
Deputy Attorney General
Attorney No. 29976-53

2

## **CERTIFICATE OF SERVICE**

I certify that on July 12, 2018, a copy of the foregoing was filed electronically using the Court's CM/ECF system, sending notice to the following parties who may access this filing using the Court's system:

Arthur Loevy
LOEVY & LOEVY
arthur@loevy.com

Jon Loevy
LOEVY & LOEVY
jon@loevy.com

John M. McCrum
EICHHORN & EICHHORN LLP
jmccrum@eichhorn-law.com

David C. Jensen
EICHHORN & EICHHORN LLP
djensen@eichhorn-law.com

Tara E. Thompson
LOEVY & LOEVY
tara@loevy.com

Elliot R Slosar
LOEVY & LOEVY
elliot@loevy.com

Kevin T. McNamara
EICHHORN & EICHHORN LLP
kmcnamara@eichhorn-law.com

Robert J. Feldt
EICHHORN & EICHHORN LLP
rfeldt@eichhorn-law.com

*s/ Benjamin M. L. Jones*
Benjamin M. L. Jones
Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204
Telephone:  (317) 234-6685
Fax:  (317) 232-7979
Email:  Benjamin.Jones@atg.in.gov