| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
|---|---|---|
| | )SS: | PROBATE DIVISION |
| COUNTY OF LAKE | ) | CAUSE NO. 45D05-1411-EU-00070 |

IN THE MATTER OF THE SUPERVISED )
ADMINISTRATION OF THE ESTATE OF )
PATRICIA KASPER, DECEASED )

*Filed in Open Court*

MAR 2 5 2019

*William E Davis*
Judge, Lake Superior Court
Civil Division, Court Room 5

**ORDER**

A "Petition to Re-Open Estate for the Sole Purpose of Naming the Estate as a Party to Civil Action and to Appoint Special Representative for Service of Process" having been filed with the Court, and the Court being duly advised in the premises,

now GRANTS the petition. Steven H. Tokarski of 7803 W. 75th Avenue, Suite One, Schererville, Indiana 46375, is appointed Special Representative for service of process and other related aspects of the litigation in cause no. 2:18-cv-150 captioned *Roosevelt Glenn et al. v. City of Hammond et al.*

SO ORDERED

*All of which is so found and recommended this _____ (date).*

Probate Commissioner

All of which is so found and ordered this  3-25-19  (date).

*W E Davis*
Judge

Distribution:
Attorney Bates