45D11-1902-ES-000047

USDC IN/ND case 2:18-cv-00150-TLS-JEM   document 93-2   filed 05/17/19   page 1 of 1

Filed in Open Court
April 3, 2019

*Lorenzo Arredondo*
CLERK LAKE SUPERIOR COURT
AM

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | )SS: | PROBATE DIVISION |
| COUNTY OF LAKE | ) | CAUSE NO. _____ |

IN THE MATTER OF THE SUPERVISED   )
ADMINISTRATION OF THE ESTATE OF   )
KIMBERLY EPPERSON, DECEASED       )

## ORDER

A "Petition to Open Estate for the Sole Purpose of Naming the Estate as a Party to Civil Action and to Appoint Special Representative for Service of Process" having been filed with the Court, and the Court being duly advised in the premises,

now GRANTS the petition. Steven H. Tokarski of 7803 W. 75th Avenue, Suite One, Schererville, Indiana 46375, is appointed Special Representative for service of process and other related aspects of the litigation in cause no. 2:18-cv-150 captioned *Roosevelt Glenn et al. v. City of Hammond et al.*

SO ORDERED

*All of which is so found and recommended this* __April 3, 2019__ *(date).*

_____
Probate Commissioner

All of which is so found and ordered this __April 3, 2019__ (date).

_____
Judge

Distribution:
Attorney Bates