LAKE COUNTY POLICE
Detective Bureau

## VOLUNTARY STATEMENT

Case# 90004712

DATE 4-13-90
TIME 10:00am

STATEMENT OF: Janet / Lynn / Lauderdale
(First / Middle / Last)

I, Janet Lynn Lauderdale, give the following free and voluntary statement to Dennis HEaps and _____ who have identified themselves as Officers of the Lake County Police Department.

I have been advised that any statement I might voluntarily make, may be used against me in a court of Law.

Q: What is your true name?

A: Janet Lynn Lauderdale

Q: Where do you live?

A: [redacted]

Q: How old are you, and what is the date of your birth?

A: [redacted]

Q: Where are you employed? (or attend school, if student)

A: Jani King, Chicago Hts, Ill.

Q: Tell us in your own words, the circumstances surrounding this incident.

A: I was driving south on Calhoun st, in Gary on 4-12-90 at about 2:50am. I was going to my mothers house because I didn't have a telephone and I needed to find out what time to pick up my husband. I went over the tracks and a van came up behind me and I thought he was going to pass me so I slowed down. He started to pass me and sideswiped me and cut in front of me to cut me off. The van stopped in front of me to where I couldn't go forward at all. The driver of the van got out first. Male black 5'11', 140 lbs, short hair, I dont remember what he was wearing, He was between 20-24 years old. He walked up to the drivers window, and smashed the window with what I believe was the butt of a knife. He leaned in and said "Give me your money, bitch!" I said my money is in my purse, no wait It's in my pocket. He reached into my pocket and took the money. He said "Ten dollars, thats all you have is ten dollars?" and he was screaming at me. He was very angry because all I had was ten dollars. By this time the passenger of the van had come in the passenger side of my car. I believe he was wearing a red hat, heavier than the driver, about the same age, weighing 150 to 160 lbs, also male black.

I have read this staement, consisting of 2 page(s) and the facts contained therein are true and correct, to the best of my knowledge.

Witness: Dennis Heaps        Signed: Janet Lauderdale
Witness: _____              Page 1 of 2 pages.

LCSD SUB RESP000013

LAKE COUNTY POLICE DEPARTMENT
DETECTIVE BUREAU

CASE# 90004712

VOLUNTARY STATEMENT
(Continued)

He was digging under the seat of the car. Then he had reached his hand down the front of my shirt. I think he was looking for jewelry or money. After he did that I started crying and yelling. The driver put his hand down my pants and I started screaming. He said " Don't worry, all I want to do is feel your pussy". I saw headlights ahead of me and thats when they started to leave. They turned around and told me and my kids to get out of the car. We got out and then they said get back in. The driver walked up to my car, reached in and grabbed the keys out of the ignition and thru them into the water(river). Then he walked back to his van and left.

Q: As the van was leaving what did you see?
A: He turned on his headlights and the license plate lit up. I got the license plate number that was on the van. It was 77289X. It was an Indiana Plate.
Q: Could you recognize either of these people again if you saw them?
A: I could recognize the driver and possibly the passenger.
Q: Do you know either of the two people mentioned in this statement?
A: No.
Q: What did you do after the van left?
A: I got out my car and flagged down the car that was coming. They stopped and they went and called the police. I waited in my car for the police to come.
Q: Is this a true and accurate statement of facts regarding this incident to the best of your knowledge?
A: Yes.

I have read this statement consisting of 2 pages and the facts contained therein are true and correct, to the best of my knowledge.

WITNESS: _Dennis Wrafr_  SIGNED: _Janet Lauderdale_
WITNESS: _____  PAGE 2 OF 2 PAGES.

LCSD SUB RESP000014

LAKE COUNTY POLICE
Detective Bureau

VOLUNTARY STATEMENT

Case# 90004712

DATE 7-3-90
TIME 10:40am

STATEMENT OF: ___Daryl Kenneth Henderson___
                    First           Middle           Last

I, __Daryl Kenneth Henderson__, give the following free and voluntary statement to __Lt. M. Solan, Hammond Police Dept__ and __Det. Dennis Heaps__ who have identified themselves as Officers of the Lake County Police Department.

I have been advised that any statement I might voluntarily make, may be used against me in a court of Law.

Q: What is your true name?

A: Daryl Kenneth Henderson

Q: Where do you live?

A: [redacted]

Q: How old are you, and what is the date of your birth?

A: [redacted]

Q: Where are you employed? (or attend school, if student)

A: Self Contractor.

Q: Tell us in your own words, the circumstances surrounding this incident.

XX:

Q: Do you know why you are here at the Lake County Jail?
A: Yes. I was accused of robbery.

Q: Is the statement you are about to give made of your own free will and have you been advised of your constitutional rights against self incrimination?
A: Yes.

Q: Do you own a pager?
A: Yes. I recieved a school loan at the end of March. On April 2, I went to buy a pager. I went to Twin Towers in Merrillville to buy it. I paid $213.00 for everything.

Q: What was the telephone number that was given to you for that pager?
A: 736-3619

Q: Did that number ever change from the time you bought the pager?
A: No.

I have read this staement, consisting of _____ page(s) and the facts contained therein are true and correct, to the best of my knowledge.

Witness: _Dennis Heaps_    Signed: _Daryl K. Henderson_
Witness: _Det. Lt. M. Solan_  Page _1_ of _3_ pages.
        _Hammond Police Dept_

LCSD SUB RESP000074

LAKE COUNTY POLICE DEPARTMENT
DETECTIVE BUREAU

CASE # 9000d71v

## VOLUNTARY STATEMENT
(Continued)

Q: Is the name of the company you bought the pager from "Cartronics"?
A: Yes.
Q: After you bought the pager, what did you do with it?
A: I held it for about a week to build up my clientle for selling marijuana and then I turned the pager and marijuana over to Bernard Bray to sell. I would make two pick ups from Bernard, one in the morning and one at night. I would pick up the cash and restock him with marijuana. Every time I would come to pick up he would be hanging out with **LITTLE STEVE AND ANTHONY**.
Q: Who is Little Steve?
A: Steven Delong. He lives at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. In the back house.
Q: Who is Anthony?
A: Anthony Mister. He lives at 17th and Tyler, in Gary.
Q: Det. Solan presented two photographs to you. Are these the two people you call Little Steve and Anthony?
A: Yes.
How long did Bernard have your pager?
A: About a month and a half. I got it back about the end of May.
Q: Why did he give it back to you?
A: He said he was going to quit working for me.
Q: Do you know if Bernard kept your pager with him exclusively during that month and a half?
A: No he didn't. One moring I called him about 10:30am to pick up. No body answer the phone. I beeped him and no body returned the call. I finally got in contact with him about 6:30pm. I told him that I gave him the pager to contact him. He told me that Little Steve had the pager with him. I told Bernard to get the pager back from him. Later that night he had the pager back.
Q" Do you recall when that incident happened?
A: In the month of April.
Q: Did you give your pager number to anyone by writing it on a TOPS rolling paper package?
A: Yes.
Q: Who did you give it to?
A: I gave it to Bernard Bray.
Q: Did you write that number on a TOPPS package more than once?
A: NO.
Q: What words, if any did you write on the package with the number?
A: Scoops Beeper.
Q: Who is Bernard Bray?
A: He is a black male and lives at ▉▉▉▉▉▉▉▉▉▉▉▉▉. He lives in a red brick house.

I have read this statement consisting of ____ pages and the facts contained therein are true and correct, to the best of my knowledge.

WITNESS: _Dennis Keefe_  SIGNED: +_Daryl Henderson_
WITNESS: _Det. Lt. Mike Solan Hammond P. Dept._  PAGE _2_ OF _3_ PAGES.

LAKE COUNTY POLICE DEPARTMENT
DETECTIVE BUREAU

CASE # 90004718

VOLUNTARY STATEMENT
(Continued)

He is 21 years old, 155 lbs, 5'9. clean shaven, dark complexion.
Q: Are Delong, Mister and Bray all friends?
A: Yes.
Q: Is this a true and accurate statement of facts based on your own personal knowledge?
A: Yes.
Q: Were you advised by Officers Heaps and Solan that you did not have to make this statement?
A: Yes.
Q: Is there anything else you could add to this ?
A: I'm not guilty.
xxxxxxxxxxxxxxxxdhxxxxxxxxxxxxxxxxx12:15pmxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxdh

I have read this statement consisting of ____ pages and the facts contained therein are true and correct, to the best of my knowledge.

WITNESS: Dennis Heaps          SIGNED: Daryl K. Henderson
WITNESS: Det. R.P. Mike Solan  PAGE 3 OF 3  PAGES.
         Hammond Police Dept.

LCSD SUB RESP000076

LAKE COUNTY POLICE
DETECTIVE BUREAU

CASE#    90004712          DATE  6/25/90

OFFENSE: ROBBERY

LOCATION:   30TH & CALHOUN ST. GARY, IN.

DATE & TIME:  4/12/90  2:50AM

VICTIM(s):    JANET LYNN LAUDERDALE

SUSPECT(s): DARYL KENNETH HENDERSON

WITNESSES:

OFFICER(s):  D HEAPS, LAKE COUNTY POLICE DEPT.

INVESTIGATOR(s):

## SUMMARY OF INVESTIGATION

On 4/12/90, **BARBARA PRUZINSKI** reported that she was driving northbound on Cline Ave north of 169th st(15th Ave) in Gary, when she was forced off the road by a unk. van. She further reported that two male black occupants of the van forced her into the van, covered her head, and raped and robbed her of her purse. She further reported that the occupants obtained her address from her drivers license in her purse and drove directly to her residence of 3831 Pulaski, East Chicago, In. She then stated that one of the occupants went into her residence and discovered her boyfriend and child to be sleeping and then left the residence and returned to the van. The occupants then dropped off Ms. Pruzinski several blocks from her home.

It appears that the suspects of the van were familiar with the area in that they drove immediately to the victims residence which was located on an unmarked street and the house numbers did not appear on the front of the building. The time of occurance of this case was 12:30am. (reference Gary PD case # 90-8114)

On 4-12-90, **MARY WOJAS** reported that she was southbound on Cline Ave at approximately the 7300 block when she was forced off the road by a van. She further reported that the occupants of the van, 2 male blacks, came up to her vehicle and smashed in the window with a crow bar and robbed her of her purse. She further reported that the license plate on the van

Page___of____Pages

LCSD SUB RESP000077

LAKE COUNTY POLICE
DETECTIVE BUREAU

CASE# _____                                    DATE _____

## SUMMARY OF INVESTIGATION
(continued)

was **77289X (IN 90)**. This van was discovered to be stolen and reported to Gary PD. (This case was reported to **HAMMOND PD**, case # 90-6032. Time of occurance is approximately 2:30am)

On 4-12-90, **JANET LYNN LAUDERDALE** reported to the **LAKE COUNTY POLICE DEPT** the she was driving south on Calhoun St, at approximately 30th Ave when she was run off the road by a van. The occupants of the van, 2 male blacks walked up to her car and smashed the drivers side window. He leaned in and said " give me your money, bitch!" He reached into her pocket at took ten dollars. By this time the passenger of the van had entered the passenger side of her car. He put his hand down the front of her shirt. The driver of the van put his hand down my pants at which time she started screaming. The suspect told her " Don't worry, all I want to do is feel your Pussy" When another car started to approach, the suspects returned to the van and started it up. When the occupants of the van turned on the headlights, Ms. Lauderdale observed the license plate which was **77289X**.

The above mentioned van was recovered in the Glen Park section of Gary and was processed for evidence by the lake county Police Crime Lab.

During Off. Caccavallo's evidence gathering, she discovered a small piece of paper with the words " **SCOOPS BEEPER 736 3619**". Officer Heaps contacted Indiana Bell Telephone Company who stated that the number belonged to MObilcom, Inc in Schaumberg, Ill. this company was contacted and it was leared that the telephone number mentioned was assigned to a company named **CARTRONICS**, located in the Twin Towers, Merrillville, In. Upon contacting Cartronics it was learned that the telephone number was to a pager (beeper) leased to a person named **DARYL HENDERSON**, who gave his address as ▮▮▮▮▮▮▮▮▮▮▮▮

A subsequent records check indicated that **DARYL KENNETH HENDERSON** had been arrested and processed in the Lake County Jail in early 1990. A photograph was taken of him at that time. (Booking # 82241)

On 4-26-90 Det. Heaps met with Ms. Lauderdale at her home where she viewed six photographs of similiar likeness, one of which was the photograph taken of **DARYL HENDERSON** at the Lake County Jail. Ms. Lauderdale identified the photograph of **HENDERSON** as the person she believed to be the passenger of the van and entered the passenger side of her vehicle. She further believed that this person was wearing a pager on his lift side toward the front.

Page ___ of _____ Pages

LCSD SUB RESP000078