```
 1  A.  There were -- there were, I think -- and don't
 2      hold me to the number, but I'm fairly close -- I
 3      think there were six or seven preceding Wimmer's
 4      rape.  There wasn't any rapes, but they were bumps
 5      and robs.
 6  Q.  And there were incidents subsequent to the acts
 7      against Mrs. Wimmer, isn't that also correct?
 8  A.  Those incidents were not similar.
 9  Q.  They were incidents involving cars bumping other
10      cars and the other cars were being driven by
11      women, and those occurred after January 1990; is
12      that correct?
13  A.  Well, the bumping is not similar.  If you want --
14      they're not -- the cases are not similar.  As far
15      as you've taken the question, yes, that's correct.
16  Q.  Well, is it accurate that in your investigation of
17      the acts against Mrs. Wimmer, you didn't investi-
18      gate other incidents of a similar nature, is that
19      true?  In conjunction with your investigation, you
20      were cognizant of other investigations of inci-
21      dents of a somewhat similar nature?
22              MS. JACOBS:  Your Honor, I'm going to
23      object to the leading nature and ask counsel to
24      ask the detective what he did or about these
25      crimes, but not lead him.
```

```
 1              THE COURT:  Sustained.
 2              MS. HARDY:
 3    Q.  Detective, in your investigation of the acts
 4        against Mrs. Wimmer, did that investigation
 5        include any investigation into other similar
 6        incidents going on in the area at the time?
 7    A.  Subsequent or after -- I mean subsequent or prior?
 8    Q.  Well, let's say prior first.
 9    A.  Yes.
10    Q.  And subsequent?
11    A.  I looked at a series of incidents that you
12        described through your question previously, and
13        they were not similar.  When I determined they
14        were not similar, I knew they were not connected
15        to this case.
16    Q.  Are you familiar with State Trooper Horace Wright?
17    A.  Yes, I am.
18    Q.  And how does that name have meaning to you?
19    A.  If I'm not mistaken, I believe that's the State
20        Trooper that stopped your client and other black
21        males on the tristate, just west of the Georgia
22        Street overpass, on the night of the rape or --
23        actually, on the 6th of December.  The rape took
24        place after midnight, which would make it the 7th
25        of December, 1989.
```