UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROOSEVELT GLENN, SR. and DARRYL KEITH PINKINS, SR.,<br>    Plaintiffs,<br><br>    v.<br><br>CITY OF HAMMOND, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>) CAUSE NO.: 2:18-CV-150-TLS-JEM<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Take the Deposition of an Incarcerated Witness [DE 256], filed April 23, 2025. Plaintiffs represent that they recently learned that a witness who is important to their suit is now incarcerated at the Lake County Jail, and seek leave to depose him pursuant to Federal Rule of Civil Procedure 30(a)(2)(B).

Finding the motion well taken, the Court hereby **GRANTS** Plaintiffs' Motion to Take the Deposition of an Incarcerated Witness [DE 256] and **ORDERS** that Plaintiffs may depose Earl Ryan (Inmate ID 2407419) at his place of incarceration, Lake County Jail in Crown Point, Indiana, subject to the cooperation of the officials there, on a date to be coordinated with all involved parties and entities.

SO ORDERED this 24th day of April, 2025.

s/ John E. Martin<br>
MAGISTRATE JUDGE JOHN E. MARTIN<br>
UNITED STATES DISTRICT COURT

cc:   All counsel of record

1