IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | | |
|---|---|---|
| ROOSEVELT GLENN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18-cv-150-TLS-JEM |
| | ) | |
| v. | ) | Hon. Theresa L. Springmann |
| CITY OF HAMMOND, et al. | ) | |
| | ) | Hon. Mag. John Martin |
| Defendants | ) | |

**PLAINTIFF'S MOTION FOR REBUTTAL EXPERT DEADLINE
AND SLIGHT EXTENSION OF EXPERT DISCOVERY**

Plaintiff Roosevelt Glenn, through counsel, files this motion to create a deadline for rebuttal expert disclosures and slight extension of the expert discovery deadline. In support, Plaintiff states as follows:

1. Per the Court's most recent expert discovery Order, expert discovery is set to close on November 13, 2025. Dckt. 249.

2. The parties are working their way through expert discovery. Defendants have disclosed forensic and police-practices experts. Plaintiff has issued written discovery to Defendants relating to their experts and sought deposition dates. Ex. 1, 9/16/25 Corres. at 1.

3. But the Parties prior expert discovery deadline did not include a deadline for rebuttal experts. Given the issues raised in Defendants' expert disclosures, Plaintiff seeks an opportunity to retain rebuttal experts.

4. Related, Plaintiff is permitted to conduct the depositions of three critical fact witnesses – the victim and the true perpetrator (Earl Ryan) – by the close of expert discovery. Dckt. 270. One of those depositions, the prosecutor, has already been conducted.

1

5. Over the past several months, Plaintiff's counsel has coordinated the victim's deposition through her counsel. But due to various health issues involving the victim, the deposition has been repeatedly postponed at her counsel's urging.

6. Plaintiff has finally secured a date for the victim's deposition: October 24, 2025.

7. Given that the victim's deposition is highly relevant to Plaintiff's rebuttal police-practices report, Plaintiff seeks to have any rebuttal disclosures due on November 17, 2025. This would provide Plaintiff's expert with approximately three weeks from the date of the deposition to obtain a rushed transcript, review the transcript, and formulate opinions.

8. To the extent Defendants seek to supplement their reports based upon the victim's deposition testimony, Plaintiff requests that any supplemental reports by Defendants be due on November 17, 2025 as well.

9. Finally, Plaintiff seeks to extend expert discovery by 30 days – until December 13, 2025 – so that Defendants may depose Plaintiff's rebuttal experts (if necessary).

10. On September 16, 2025, Plaintiffs' counsel sent correspondence to Defendants regarding their position for this motion. Ex. 1, 9/16/25 Corres at 1. Defendants provided no response.

WHEREFORE, Plaintiff respectfully requests that the Court create a deadline for rebuttal/supplemental expert disclosures to November 17, 2025 and extend all expert discovery until December 13, 2025.

DATED: September 23, 2025

>Respectfully submitted,
>
>/s/ Elliot Slosar
>One of Plaintiffs' Attorneys

## **CERTIFICATE OF SERVICE**

      I, Elliot Slosar, an attorney, certify that on September 23, 2025, I delivered by electronic means a copy of the foregoing status report to all counsel of record.

/s/ Elliot Slosar