**LOEVY + LOEVY**

Elliot Slosar <elliot@loevy.com>

---

# Glenn, et al v. City of Hammond, et al: Deps and Expert Disco
1 message

**Elliot Slosar** <elliot@loevy.com>                                           Tue, Sep 16, 2025 at 8:50 AM
To: "McCready, Ann O'Connor" <amccready@taftlaw.com>, "Bennett, Jackie" <jbennett@taftlaw.com>, "Stemerick, Jeffrey D." <JStemerick@taftlaw.com>, "French, Peter S." <PFrench@taftlaw.com>, Katie Montenegro <katiem@loevy.com>, Melinda Ek <melinda@loevy.com>, David Jensen <djensen@eichhorn-law.com>, "Jones, Benjamin" <Benjamin.Jones@atg.in.gov>, "Jimenez, Gustavo" <Gustavo.Jimenez@atg.in.gov>, "Brower, Tasha M" <Tasha.Brower@atg.in.gov>, "Carlisle, Alexander" <Alexander.Carlisle@atg.in.gov>, Jordan Poole <poole@loevy.com>

Counsel:

Thank you for sending Defendants' expert disclosures. There are a few expert related issues that we'd like to confer about:

1) Pursuant to Plaintiffs' discovery requests, please supplement Defendants' written discovery responses and produce the requested materials by October 1, 2025 (see RFP Nos. 18 & 19). I have attached the RFP's here to Hammond for reference.

2) Please provide dates of availability for your experts to be deposed in early November. Early November is necessary from this end given depositions scheduled in other cases. Expert discovery is currently set to end November 13th.

3) Mary Jo Budack: Please let us know if you are available to do the Budack deposition on October 10, 2025. Her and her counsel are both available.

4) Plaintiff is going to file a motion requesting a deadline for any rebuttal experts and/or supplemental reports to be due on November 13th. We are going to ask that the deadline for all expert discovery be extended to December 13th. Should we depose Mary Jo Budack on October 10, this would give ample time for any experts to factor in her testimony as part of a rebuttal and/or supplemental reports. Please let us know if we may file as unopposed.

5) Earl Ryan: We are making progress on locating Ryan. Hope to provide more information soon regarding his whereabouts and setting a deposition date.

Thank you, as always, for your continued cooperation in this matter.

Elliot

--
_____
**Elliot Slosar (Bio)** (He/Him)



Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

---

📄 **DOC.HAMMOND.Ofcs.final.pdf**
   126K