# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# APPEARANCE

| | |
|---|---|
| ROOSEVELT GLENN, SR. and ) | |
| DARRYL KEITH PINKINS, SR., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:18-CV-00150 |
| ) | |
| CITY OF HAMMOND, et al. ) | |
| ) | |
| Defendants. ) | |

To the Clerk of this court and all parties of record:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(e), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for City of Hammond and Leo Finnerty.

October 16, 2025
Date

/s/ Erika N. Helding
Signature

Erika N. Helding
Print Name

Attorney No. 38882-53
Indiana Attorney Registration Number

Eichhorn & Eichhorn, LLP
2929 Carlson Drive, Suite 100, P.O. Box 2275
Hammond,       IN       46323
City       State     Zip Code

219-931-0560
Phone Number

219-931-5370
Fax Number

ehelding@eichhorn-law.com

**CERTIFICATE OF SERVICE**

I, Erika N. Helding, certify that on the 16th day of October, 2025, a true and complete copy of the foregoing was served upon all counsel of record via the Case Management / Electronic Case Filing (CM / ECF) system maintained by the United States District Court for the Northern District of Indiana.

    /s/   Erika N. Helding
Erika N. Helding